[No. 2785.]

### C. B. McHenry *v.* The State.

JURY LAW—PLEA.—A conviction will be set aside by this court unless it appears from the record that the jury trying the cause was sworn according to law, and that the defendant pleaded to the indictment, or that a plea of not guilty was entered for him.

APPEAL from the County Court of Mitchell. Tried below before the Hon. J. W. Pierson, County Judge.

The indictment charged the appellant with adultery with Melvina Wiley. The verdict of guilty imposed a fine of one hundred dollars as punishment.

No brief for the appellant.

*J. H. Burts*, Assistant Attorney General, for the State.

WHITE, PRESIDING JUDGE. Nowhere in this record is it shown that the jury which tried the case was sworn, and nowhere in the record is it made to appear that there was any plea of or for the defendant upon which the case was tried. It is needless to cite authorities—the books everywhere are full of them—to the effect that these facts must appear or the conviction cannot stand.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*

Opinion delivered May 12, 1883.